IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAQUENTIN BANKS,

    Plaintiff,

v.

DAVID MAHONEY,

    Defendant.

ORDER

Case No. 18-cv-52-wmc

*Pro se* plaintiff LaQuentin Banks is proceeding on a claim against defendant David Mahoney that the level of lead in the water at the Dane County Jail violated his constitutional rights and injured him. On January 14, 2019, Magistrate Judge Stephen Crocker issued an order directing Banks to provide defendant with a properly executed medical record disclosure form, and warning him that his failure to do so would subject this lawsuit to dismissal with prejudice for his failure to follow this court's orders and for his failure to prosecute. (Dkt. #36 at 2.) While Judge Crocker set January 28, 2019, as Banks' deadline to comply with that directive, Banks has not filed anything with the court suggesting that he is making efforts to comply with the court's order or otherwise participate in this lawsuit. Furthermore, defendant filed a motion to dismiss in which he confirms that Banks has not provided defendant with an executed authorization form. (*See* Def. Br. (dkt. #37) at 2.) Accordingly, the court is now dismissing this case with prejudice for Banks' failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that:

1. Defendant's motion to dismiss (dkt. #36) is GRANTED.

2. Plaintiff LaQuentin Banks' claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendant's favor and close this case.

Entered this 20th day of February, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge