IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAQUENTIN KEANY BANKS,

    Plaintiff,

v.

                                    Case No. 18-cv-52-wmc

DAVID MAHONEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant David Mahoney dismissing this case with prejudice.

| /s/ | 2/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |